IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JARRYD EDWARD BUTLER,
      Plaintiff,

vs.                                Case No.: 3:11cv406/LAC/EMT

STATE OF FLORIDA, et al.
      Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 in August of 2011 (doc. 1).  Leave to proceed in forma pauperis was granted (doc. 4).  By order of this court dated April 19, 2012, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 15).  Plaintiff failed to file an amended complaint; therefore, on May 30, 2012, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 17).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint or otherwise respond.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 25th day of June 2012.


/s/ *Elizabeth M. Timothy*          
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).